# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **BAYVIEW OPPORTUNITY FUND** and **SMS FINANCIAL RECOVERY SERVICES, LLC,** § § § | |
| **Plaintiffs,** § § | |
| vs. § § § | **CIVIL ACTION NO.** **12CV1205-RBJ** |
| **JOHN G. FAIR, individually, FAIR DEVELOPMENT LTD., FAIR COMPANIES, LLC,** A Colorado limited liability company, and **FAIR ENTERPRISES, L.L.C.,** a Colorado limited liability company, § § § § § § | |
| **Defendants.** § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion by Plaintiffs for dismissal of the within action against the Defendants with prejudice, the Court having reviewed the Motion and being fully advised,

IT IS HEREBY ORDERED that the within action be dismissed against the named Defendants with prejudice.

DONE AND SIGNED this 3rd day of May, 2013.

BY THE COURT:

_[signature: Brooke Jackson]_

_____
U.S. DISTRICT COURT JUDGE